IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02722-LTB

JUSTIN CANTERBURY,

    Plaintiff,

v.

FREMONT COUNTY DISTRICT COURT JUDGE JUDY MARSHAL,
FREMONT COUNTY DISTRICT ATTORNEY THOMAS LEDOUX, and
FREMONT COUNTY DEPUTY DISTRICT ATTORNEY STACEY TURNER,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 30, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 30 day of October, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/ K. Terasaki
                     Deputy Clerk